Form 3A
(10/05)

# United States Bankruptcy Court

_NORTHERN_ District Of _Illinois_

In re _WILLIAMS, LUCINDA PEARL_
    Debtor

Case No. _____

Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274.00_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _75.00_    Check one ☐ With the filing of the petition, or
                          ☐ On or before _1-16-2007_

   $ _67.00_    on or before _12-14-2007_

   $ _66.00_    on or before _01-11-2008_

   $ _66.00_    on or before _02-08-2008_

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 16 2007

KENNETH S. GARDNER, CLERK
PS REP. - MBM

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____
Signature of Attorney          Date

_Lucinda Pearl Williams_   _11-16-2007_
Signature of Debtor        Date
(In a joint case, both spouses must sign.)

Name of Attorney

_____    _____
Signature of Joint Debtor (if any)    Date

NOV 16 2007

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court